|  | UNITED STATES DISTRICT COURT  DISTRICT OF PUERTO RICO | |
|---|---|---|
| TROY MOORE, | | |
| | Petitioner, | Civil No. 06-2178 JAF) |
| | v. | |
| WARDEN HECTOR LEDEZMA, et al., | | |
| | Respondents. | |

**O R D E R**

Troy Moore, a federal prisoner at MDC-Guaynabo, petitions for habeas corpus relief under 28 U.S.C. §§ 2241 and 2243, as well as the Bail Reform Act, 18 U.S.C. § 3142.  The petition seeks relief from prolonged administrative solitary confinement.

The petition does not identify the reasons for the federal detention.  There appears to be no pending criminal case in this district.  Petitioner was placed in solitary confinement due to an infraction of some sort which remains unknown.

The documents filed by Petitioner do not suggest that he is entitled to any habeas corpus relief against the U.S. Bureau of Prisons for what he categorizes as unduly restrictive conditions of confinement.  There is not even a scintilla of facts hinting illegal detention.

Having found that there is no allegation triggering this court's intervention with the confinement conditions of a federal inmate with

Civil No. 06-2178 (JAF)                                                  -2-

no ties to this jurisdiction, the petition for habeas corpus relief is dismissed.  Judgment to enter accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 26th day of January, 2007.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge